**COMMONWEALTH of Pennsylvania**

**v.**

**Chester DILL, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 8, 1979.

Decided March 14, 1979.

Raymond J. Takiff, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Ann C. Lebowitz, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM.

The Judgment of Sentence is affirmed.*

O'BRIEN, J., did not participate in the decision of this case.

* Appellant argued that the negotiated plea was not knowingly entered.